IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jovan Ali 180-8601 DoB 9-18-1979
Montgomery County Correctional
Facility 22880 Whelan Lane
Boyds, Maryland 20841

Jury Trial Demanded

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Maryland State's Attorney office
191 E. Jefferson Street, Rockville, Maryland
20850; Metro Transit Police Department
600 5th Street, Northwest, Washington, D.C. 20001

Case No.: DKC-19-203
(Leave blank. To be filled in by Court.)

(Full name and address of respondent)
**Defendant(s).** (Continued Defendants)

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐   NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

   _____

DEFENDANTS CONTINUED:

Detective Colin Jackson
Metro Transit Police Department
600 5th Street N.W.
Washington, D.C. 20001 (official capacity and unofficial capacity)

Detective Brett Chavis (official capacity and unofficial capacity
Metro Transit Police Department
600 5th Street N.W., Washington, D.C. 20001

Detective Edward McCarty (official capacity and unofficial capacity)
Metro Transit Police Department
600 5th Street N.W.
Washington, D.C. 20001

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? No Exhaustion Requirement Heck v. Humphrey 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383 (1994)

      b. Did you appeal? _____

      YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

   _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ON 9-26-2018, Plaintiff Jovan Ali was arrested at Silver Spring Transit Station located 8401 Colesville Road, Silver Spring, Maryland. Plaintiff was arrested for a stabbing and charged with: First degree Assault on Brain Diggs, 2nd Degree Assault on Brain Diggs, Concealed Dangerous Weapon, a Dangerous Weapon with the purpose of causing injury to Brain Diggs in an unlawful manner, did willfully

engage in a fight with Brain Diggs in a Public Place to the disturbance of others; Reckless Endangerment, Disorderly conduct.

Plaintiff is held without bond and has been indicted in Montgomery County, Maryland Circuit Court. The Case Number for the criminal case is 134807-C

Plaintiff is being subjected to violation of 14th Amendment United States Constitution Due Process of Law; violation of 42 U.S. Code 1983 Civil Rights Act, Malicious Prosecution, Bad Faith Prosecution, Failure in Duty to Investigate, Vindictive Prosecution (14th Amendment United States Constitution Due Process of Law violation); False and Misleading Evidence

Plaintiff Jovan Ali is a street vendor who sells merchandise at subway stations. Plaintiff uses a shopping cart with a water cooler, and sells sodas, chocolate candy bars, potato chips, cookies, water, etc... This case is the Third investigation where Plaintiff has been investigated by the Metro Transit Police Department. Detective Colin Jackson has been one of the primary Detectives in all 3 of these investigations. Two of these cases have lead to prosecutions.

On July 6, 2016 while vending Plaintiff was detained for 1st-degree Assault, at Addison Road Metro station in Prince George's County, Maryland. Plaintiff was detained for a few hours and released a few hours later without being charged. Detective Colin Jackson was the Detective in charge of the investigation.

On July 20, 2016 Plaintiff was arrested for 1st-degree Murder for a homicide that happened at Addison Road Metro station in Prince George's County, Maryland. Detective Colin Jackson was the head Detective in the Prosecution of that Murder Case. Plaintiff was found Not Guilty of all charges based on Self-defense on August 17, 2018

## Failure in Duty to Investigate

Plaintiff is charged with 1st-degree assault of Brain Diggs. Detective Colin Jackson, Detective Brett Chavis, and Detective Edward McCarty of the Metro Transit Police Department are the investigators in this case. In my 1st-degree murder case Plaintiff filed over 42 Pro-se motions, and let the record reflect that I was very knowledgeable about self-defense law.

The Metro Transit Police Department is well aware that I am a street vendor that pushes around a big shopping cart full of merchandise and sells my merchandise at subway stations. They have confisicated 3 shopping carts from Plaintiff including for the incident of 9-26-2018.

Instead of Plaintiff being given the benefit of the doubt as a person who just proved my innocence of a homicide by self-defense. Plaintiff has been subjected to Bad Faith and Malicious Prosecution for vindictive reasons. On 9-26-18 while defendant was being detained Metro Transit officer M. Salvas asked defendant about the Addison Road Metro station homicide.

From 9-26-2018 to 10-22-2018 the victim Brain Diggs never made a statement to Detectives in this case. According to the Maryland State's Attorney Discovery Package that Plaintiff received a copy of, Detective Chavis summary (page 59 of the discovery package) which he states "R/D has been unsuccessful in locating V-001 and contacting V-001. V-001 is homeless, and has not returned any calls. R/D believes V-001 is willingly not cooperating with the investigation. The suspect in the case was arrested by patrol the night of the offense. R/D recommends this case be closed."

The Plaintiff was identified by Danielle Maynard who prepared a written statement for Detective McCarty of the Metro Transit Police Department. According to Metro Transit Police officer M. Salvas statement of Probable Cause him and officer O'Donnell arrived on the scene at the Third level of the transit center and observed a victim with stab wounds to his right hand and wrist area. Witness Danielle Maynard was observed holding the elevated arm of the victim. According to Detective he placed Danielle Maynard in the car to conduct a show up with the witness Danielle Maynard who stated "that guy was the one who was pushing the cart away after he stabbed my friend".

In a written statement by Danielle Maynard that was provided in the Maryland States' Attorney Discovery Package (Page 64) Danielle Maynard is asked in a written question "How do you know Ali, she states "I know Ali from the metro (silver spring) where he sells drinks + snacks He also sleeps at our spot at the metro (silver spring)". Never did Detective McCarty or any other officers ask Danielle Maynard what the incident was about. Had they done there investigation they would have found out that she was part of a plot to have plaintiff attacked.

The Metro Transit Police Department recovered video footage of the incident that occured on 9-26-2018. Any footage recovered shows victim Brain Diggs as the aggressor and attacker.

### Vindictive, Bad Faith Prosecution

The Maryland State's Attorney office, and the Above Named Defendant's of the Metro Transit Police Department are conducting themselves in improper methods calculated to produce a wrongful conviction because they are retaliating because Plaintiff exercised my constitutional and statutory rights and proved my innocence of the homicide case based on self-defense on 8-17-2018 and there is due process protection against prosecutorial vindictiveness.

### Color of Law

In their official capacity Detectives Colin Jackson, Brett Chavis, Edward McCarty are acting under color of law as Employees of the Metro Transit Police Department.

The Maryland State's Attorney office is acting under color of the law.

### Jurisdictional Allegations

On September 26, 2018 Plaintiff was arrested and charged for Malicious, and vindictive reasons. The Maryland State's Attorney office, and the Metro Transit Police Department, and it's Detectives are in violation of Plaintiff 14th Amendment United States Constitution Due Process of law right that gives this Federal District court jurisdiction to hear Plaintiff case.

The Maryland State's Attorney, and Metro Transit Police Department, and it's Detectives are in violation of Plaintiff 42 U.S. Code 1983 Federal Civil Rights, that gives this Federal District court Jurisdiction to hear Plaintiff's case.

Jovan Ali, *Jovan Ali*

MCCF 22880 Whelan Lane
Boyds, Maryland 20841

IV. Relief
(State briefly what you want the Court to do for you.)

Federal injunctive relief is available against pending state prosecutions in cases of proven harassment or prosecutions undertaken by state officials in bad faith without hope of obtaining a valid conviction. Therefore defendant prays this honorable Court grant injunctive relief for this 1st-degree assault case to be dismissed, or defendant released from jail pending trial. Please grant preliminary injunctive for relief to be released pending criminal prosecution.

SIGNED THIS 15th day of January, 2019.

_____
Signature of Plaintiff

Jovan Ali
Printed Name

MCCF
22880 Whelan Lane, Boyds, Maryland 20841
Address

_____
Telephone Number

_____
Email Address

Defendants Continued:
Metro Transit Police Department
600 5th Street, Northwest,
Washington D.C. 20001

Detective Colin Jackson (official capacity, unofficial capacity)
Metro Transit Police Department
600 5th Street N.W.
Washington, D.C. 20001

Detective Brett Chavis (official capacity, unofficial capacity)
600 5th Street N.W.      Metro Transit Police Department
Washington, D.C. 20001

Detective Edward McCarty (official capacity, unofficial capacity)
Metro Transit Police Department
600 5th Street N.W.
Washington, D.C. 20001